# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of August, two thousand and fifteen.

Before:     Richard C. Wesley,
              *Circuit Judge*.

_____

Eastman Kodak Company,

Plaintiff-Counter-Defendant - Appellee,

v.

Asia Optical Company, Inc.,

Defendant-Counter-Claimant-Third-Party-Plaintiff - Appellant,

FUJIFILM Holdings Corporation, FUJIFILM North America Corporation,

Third-Party-Defendants.

**ORDER**
Docket No. 15-2431

_____

    Appellant moves for an order expediting the briefing and hearing schedule for this appeal. Appellee does not oppose the request for an expedited appeal.

    IT IS HEREBY ORDERED that the motion to expedite is GRANTED. The parties must comply with the following expedited briefing schedule: Appellant's principal brief and the joint appendix are due September 21, 2015; Appellee's answering brief is due October 26, 2015; a reply brief, if any, is due November 9, 2015. The appeal shall be heard as soon as practicable after briefing is complete. Absent extraordinary circumstances, the Court will not grant a motion to extend time to file a brief. See Local Rule 27.1(f)(1).

                                For the Court:

                                Catherine O'Hagan Wolfe,
                                Clerk of Court

